UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                              :
MARIMED SHIPPING INC.,                        :
                                              :
                          Plaintiff,          :     08-CV-0883 (PKL)
                                              :
              v.                              :     ORDER RELEASING FUNDS
                                              :     UNDER ATTACHMENT
                                              :
HEAVEN'S GATE SHIPPIN INC. &                  :
BRAMPTON SHIPPING S.A..                       :
                                              :
                          Defendants.         :
------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/09

**WHEREAS** Plaintiff, **MARIMED SHIPPING INC,** voluntarily dismissed this lawsuit on May 4, 2009, and

**WHEREAS** $130,000 belonging to Defendant, **BRAMPTON SHIPPING S.A.**, had been restrained on or about January 29, 2008 at American Express Bank pursuant to process of maritime attachment and garnishment issued in this action,

**IT IS HEREBY ORDERED** that American Express Bank release $130,000 to Defendant, **BRAMPTON SHIPPING S.A.**

**IT IS SO ORDERED**

*[signature]*

Peter K. Leisure
United States District Judge

Dated: 5/27/09